FILED
JUL 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1. Your Name: ARNOLD SPEARS
2. Address: 205 MUIR RD APT B MARTINEZ
3. Phone Number: 408 899 0055
4. Fax Number:
5. E-mail Address: CSPEARS4@Hotmail
6. Pro Se Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARNOLD SPEARS

Plaintiff,

vs.

US GOVERNMENT
VA

Defendant.

Case Number C18-4447 DMR [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes ☑  No ☐

**PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: _____
Address: _____
Telephone: _____

COMPLAINT
PAGE 1 OF 1   [JDC TEMPLATE – Rev. 05/2017]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: ARNOLD SPEARS AS
Address: 205 MUIR RD APT B MARTINEZ 94553
Telephone: 408 899-0055

Defendant 2:
Name: Government
Address: ___
Telephone: ___

Defendant 3:
Name: ___
Address: ___
Telephone: ___

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☑ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____.

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE 1 OF 2 [*JDC TEMPLATE – Rev. 05/2017*]

# VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

   ☐ a substantial part of the events I am suing about happened in this district.

   ☐ a substantial part of the property I am suing about is located in this district.

   ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

   ☐ at least one defendant is located in this District and any other defendants are located in California.

# INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in **SANFRANSISCO, OAK** County, it should be assigned to the **SAN FRANCISCO, OAK** Division of this Court.

# STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

**V.A. Hospital emploee Negligent**
**US Goverment**

COMPLAINT
PAGE **1** OF **3**   *[JDC TEMPLATE – Rev. 05/2017]*

I Recived a amputation on my foot Rwent to theripy was Issued a defective scooter serial no 94566 By the theripest pall witch pull it out a closet. All of the lifestyle scooters that they got in the wells were comming off they had to send them back they put them together and issued them it was one left in a closet they Issued it to me it was defective I was crossing the street at Fort miley and the weels came off I fell off in the street busted my stitches they had to debreed more of my foot and I fell on my back and crushed my spin know I have back issues Now Im suffering with phisical and emotional distress

//
//

COMPLAINT
PAGE 1 OF 4  [JDC TEMPLATE – Rev. 05/2017]



| | |
|---|---|
| **U.S. Department of Veterans Affairs**<br>Office of General Counsel | Torts Law Group (021)<br>100 SW Main St. Floor 2<br>Portland, OR 97204<br><br>Telephone: (503) 412 4589<br><br>In Reply Refer To: GCL 361110 |

Via Certified Mail

April 18, 2018

Arnold Spears
205 Muir Road, Apt # B
Martinez, CA 94555

    Re:    Administrative Tort Claim

Dear Mr. Spears:

The Department of Veterans Affairs (VA) has thoroughly investigated the facts and circumstances surrounding your administrative tort claim.

The Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b) and 2671-2680, under which you filed your claim, provides for monetary compensation when a Government employee, acting within the scope of employment, results in injury or damage to property of another by a negligent or wrongful act or omission.

Our review concluded there was no evidence of any negligent or wrongful act on the part of an employee of the VA acting within the scope of employment that caused you compensable harm. Accordingly, we deny your claim.

If you are dissatisfied with the denial of your claim, you may file suit directly under the FTCA, 28 U.S.C. §§ 1346(b) and 2671-2680. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or law suit. VA attorneys handling FTCA claims work for the Federal government, and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

*Kristen Nelson*

Kristen Nelson
Deputy Chief Counsel