UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARNOLD SPEARS,

    Plaintiff,

    v.

U.S. GOVERNMENT V.A.,

    Defendant.

Case No. 18-cv-04447-DMR

**ORDER TO SHOW CAUSE**

Defendant filed a motion to dismiss on February 13, 2019. [Docket No. 27.] Currently, the motion is set for a court hearing on March 28, 2019. Plaintiff Arnold Spears is pursuing this action without legal representation. According to the local court rules, Mr. Spears should have filed any brief in opposition to Defendant's motion by February 27, 2019. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

<u>The court ORDERS Mr. Spears to respond by March 18, 2019 and explain his failure to respond to the motion. In addition, Mr. Spears must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Mr. Spears' late submission. If Mr. Spears does not respond by March 18, 2019, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

The court further ORDERS that the hearing currently set for March 28, 2019 is VACATED.

**IT IS SO ORDERED.**

Dated: March 7, 2019



Donna M. Ryu
United States Magistrate Judge