1 | Your name:___Arnold Spears_____
2 | Address:_____205 Muir Road, Apt. B_____
3 | _____Martinez, CA 94553_____
4 | Phone Number: 408-899-0055_____
5 | E-mail Address:_____
6 | Pro se

RECEIVED
APR 03 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco  X Oakland  ☐ San Jose  ☐ Eureka

Arnold Spears_____

_____

        Plaintiff,

    vs.

U.S. Government V.A._____

_____

_____

_____

        Defendant.

Case Number: 4:18-cv-04447-DMR

[PROPOSED] ORDER GRANTING

MOTION FOR APPOINMENT OF

COUNSEL FOR LIMITED SCOPE ;

VACATING HEARING AND INITIAL
CASE MANAGEMENT CONFERENCE

    The plaintiff having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

    IT IS HEREBY ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

    1.    The clerk shall forward this order to the Project office. The scope of this referral shall be for all pre-discovery matters, including but not limited to the hearing on

[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL FOR LIMITED SCOPE
CASE NO.: _4:18-cv-04447-DMR_____

      Defendant's upcoming motion to dismiss, and for discovery and settlement in this case.

2. Upon being notified by the Project that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel for Arnold Spears in this matter for the scope of representation described above.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

4. The hearing on Defendant's motion to dismiss and the parties' initial case management conference, both currently set for April 25, 2019, are vacated. They will be rescheduled once Plaintiff's counsel is appointed.

IT IS SO ORDERED.

Date: April 8, 2019



_____
Hon. Magistrate Judge
Donna M. Ryu

[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL FOR LIMITED SCOPE

CASE NO.: 4:18-cv-04447-DMR