KILPATRICK TOWNSEND & STOCKTON LLP
JORDAN TRENT JONES (State Bar No. 166600)
NORRIS P. BOOTHE (State Bar No. 307702)
1080 Marsh Road
Menlo Park, CA  94025
Telephone:   650 326 2400
Facsimile:    650 326 2422
Email:  JTJones@kilpatricktownsend.com
Email:  NBoothe@kilpatricktownsend.com

Attorneys for Plaintiff
ARNOLD SPEARS

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ARNOLD SPEARS,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. GOVERNMENT V.A.,,<br><br>    Defendant. | Civil Action No. 4:18-cv-04447-DMR<br><br>**JOINT STATUS REPORT**<br><br>Judge:    Honorable Donna M. Ryu<br><br>Complaint Filed: July 23, 2018<br>First Amended Complaint Filed: August 28, 2018 |

### 1. Brief Statement of the Case

Plaintiff Mr. Arnold Spears ("Mr. Spears" or "Plaintiff") filed a complaint as a *pro se* plaintiff on July 23, 2018.  *See* ECF No. 1.  Following this Court's order screening the complaint (ECF No. 5), Plaintiff filed a first amended complaint ("FAC") on August 28, 2018 (ECF No. 6).

On February 13, 2019, the U.S. Government V.A. ("Defendant") filed a motion to dismiss the FAC under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), which the parties fully briefed by March 25, 2019.  *See* ECF Nos. 27, 39, 42.  On April 3, 2019, Plaintiff requested that counsel be appointed to assist him with the case.  *See* ECF No. 45.  The Court granted Plaintiff's request on April 8, 2019 and vacated the parties' hearing on Defendant's motion to dismiss and the initial case management conference.  *See* ECF No. 46.  On May 20, 2019, the Court appointed the undersigned counsel for Plaintiff and stayed all proceedings for four weeks.  *See* ECF No. 47.

On June 26, 2019, the Court ordered the parties "to meet and confer to determine whether they can reach agreement on an amended pleading that could obviate or at least narrow the need for Rule 12 motion work."  ECF No. 48.  The Court ordered the parties to "file a joint status report addressing this issue by July 11, 2019," and also proposing a date for the parties' initial case management conference.  *Id.*  As ordered, the parties respectfully submit the instant joint status report.

**2. Agreement to File a Second Amended Complaint**

The parties have met and conferred and believe they can obviate or narrow the need for Rule 12 motion work.  The parties have agreed that Plaintiff will file a second amended complaint ("SAC") to address the issues raised in Defendant's motion to dismiss.  Plaintiff will file the SAC on or before July 22, 2019.  The parties have also agreed that the filing of the SAC will moot the pending motion to dismiss, but Defendant reserves the right to move to dismiss the SAC if appropriate.  The parties have agreed that Defendant will respond to the SAC on or before September 20, 2019.  The parties respectfully request that a case management conference be scheduled on October 30, 2019 or at a later date that is more convenient for the Court.

///

///

1   DATED: July 11, 2019            Respectfully submitted,

2                                   KILPATRICK TOWNSEND & STOCKTON LLP

3

4                                   By: **/s/ *Norris P. Boothe*
                                        JORDAN TRENT JONES
5                                       NORRIS P. BOOTHE

6                                   Attorneys for Plaintiff
                                    ARNOLD SPEARS
7

8
                                        DAVID L. ANDERSON
9                                       United States Attorney

10  Dated: July 11, 2019            By:  */s/ Savith Iyengar*
                                         SAVITH IYENGAR
11                                       Assistant United States Attorney
                                         Attorney for Defendant United States
12

13                                  ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.