KILPATRICK TOWNSEND & STOCKTON LLP
JORDAN TRENT JONES (State Bar No. 166600)
NORRIS P. BOOTHE (State Bar No. 307702)
1080 Marsh Road
Menlo Park, CA  94025
Telephone:   650 326 2400
Facsimile:    650 326 2422
Email: JTJones@kilpatricktownsend.com
Email: NBoothe@kilpatricktownsend.com

Attorneys for Plaintiff
ARNOLD SPEARS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARNOLD SPEARS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | Civil Action No. 4:18-cv-04447-DMR<br><br>**PLAINTIFF ARNOLD SPEARS' SECOND AMENDED COMPLAINT**<br><br>Judge:    Honorable Donna M. Ryu<br><br>Complaint Filed:  July 23, 2018<br>First Amended Complaint Filed:  August 28, 2018 |

**SECOND AMENDED COMPLAINT**

Plaintiff Mr. Arnold Spears ("Mr. Spears" or "Plaintiff") files this Second Amended Complaint against the United States pursuant to the Federal Tort Claims Act ("FTCA") 28 U.S.C. § 1346(b).  In this Second Amended Complaint, Mr. Spears asserts that an employee of the United States Veteran's Administration through negligent action caused harm to Mr. Spears, for which he seeks appropriate compensation.

**PARTIES**

1. Plaintiff Mr. Spears is a private individual, a military veteran, residing at 205 Muir Road, Apartment B, Martinez, California, 94553.

2. The Defendant is the United States Government of America.



**JURISDICTION AND VENUE**

3. This action arises under the FTCA, 28 U.S.C. §1346. Accordingly, this Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1346(b)(1).

4. Venue is proper in this Court under 32 C.F.R. § 750.32 because Mr. Spears resides in this judicial district.

**STATEMENT OF FACTS**

5. Mr. Spears is a Veteran of the Air Force.

6. Mr. Spears went to the San Francisco V.A. Medical Center ("SFVAMC"), a United States Veteran's Administration facility also sometimes referred to as "Fort Miley," in approximately July 2017 to have his foot amputated.

7. The foot amputation procedure was performed in approximately July 2017 at SFVAMC.

8. Following the procedure, Mr. Spears underwent physical therapy for a couple of days at Fort Miley.

9. On approximately July 9, 2017, a physical therapist at Fort Miley named Paul Kim informed Mr. Spears that he should use a scooter to get around. Paul Kim provided a scooter to Mr. Spears for Mr. Spears to use during his stay at Fort Miley. Paul Kim informed Mr. Spears that he obtained the scooter for Mr. Spears from a downstairs closet.

10. Mr. Spears used this scooter to move about Fort Miley on short trips, but noticed that the wheels were coming loose.

11. Mr. Spears returned to the physical therapy department at Fort Miley on approximately July 9, 2017. There, a Fort Miley employee named Anthony (last name unknown) told Mr. Spears that the department had a bunch of defective scooters that they were in the process of sending back to the manufacturer, Lifestyle. However, Anthony tightened the wheels on the scooter and gave it back to Mr. Spears.

12. The next day, on July 10, 2017, Mr. Spears rode the scooter on the sidewalk between the Fort Miley lunchroom and his Fort Miley hospital room. As he was crossing the street, the wheels on both sides of the scooter partially detached from the scooter.

13. Mr. Spears lost his balance when the wheels partially detached from the scooter and were wobbling badly, and he fell to the ground. As a result of his fall, the stitches on Mr. Spears amputation came off and Mr. Spears injured his back. Mr. Spears also lost consciousness for a short time.

14. An unidentified individual assisted Mr. Spears back up and got him back to his room at Fort Miley. At this point, the wheels which were barely attached completely came off.

15. As a result of Mr. Spears' fall, the doctors at Fort Miley had to redo his stitches on his amputation, and Mr. Spears was sent to the Martinez V.A. Hospital/Rehabilitation Center in Martinez, California for four months.

16. Before Mr. Spears left Fort Miley, Paul Kim came to Mr. Spears and apologized for giving him the defective scooter.

17. If Mr. Spears had not suffered the fall as a result of the negligence of United States employees working within their job responsibilities, Mr. Spears would have been done with rehabilitation within a couple of weeks.

18. Mr. Spears continues to have pain in his back and requires ongoing treatment for this injury.

19. Mr. Spears filed a government claim in or about September, 2017.

**First Claim for Relief - Negligence**

20. Mr. Spears was a patient at United States SFVAMC.

21. United States SFVAMC employees Paul Kim and Anthony, as part of their official job responsibilities, had a legal duty of care with regard to Mr. Spears' health and safety, which included providing reasonably safe means for Mr. Spears to move around the SFVAMC facilities.

22. United States SFVAMC employees Paul Kim and Anthony provided and/or encouraged Mr. Spears to use a scooter for this purpose.

23. United States SFVAMC employee Paul Kim knew, or should have known, that the scooter given to Mr. Spears was defective and unsafe for use.

24. United States SFVAMC employee Anthony knew, or should have known, that the scooter being used by Mr. Spears was defective and unsafe for use.



25. Despite this knowledge, United States SFVAMC employees Paul Kim and Anthony each breached their duty of care when they instructed Mr. Spears to use and continue using the scooter.

26. The negligence of the United States employees Paul Kim and Anthony was a substantial factor in causing the past and ongoing harm to Mr. Spears.

27. As a result of this negligence by United States employees acting within their job responsibilities, Mr. Spears suffered unnecessary physical injuries and loss of wages that require ongoing costs to address.

**PRAYER FOR RELIEF**

WHEREFORE, Mr. Spears prays for relief in his favor as follows:

A. Award damages for lost wages, past and ongoing medical costs, physical pain, and mental distress;

B. Grant such other and further relief as this Court may deem just and proper.

DATED:  July 22, 2019            Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Jordan Trent Jones*
   JORDAN TRENT JONES
   NORRIS P. BOOTHE

Attorneys for Plaintiff
ARNOLD SPEARS



71972945V.1

